1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| TREY STYLES, | CASE NO. 21-5365 |
|---|---|
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| DONALD HOLBROOK, et al., | |
| Defendants. | |

THIS MATTER comes before the Court on the Report and Recommendation of U.S. Magistrate Judge J. Richard Creatura.  Dkt. 13.  The Court has considered the Report and Recommendation, the Plaintiff's "Exception of Court Findings" (Dkt. 14), and the remaining file.

As explained in the Report and Recommendation, the *pro se* Plaintiff originally filed a complaint pursuant to 42 U.S.C. § 1983, asserting various claims which challenge the validity of his conviction.  After being informed by the court that the he failed to state a viable claim under 28 U.S.C. § 1983, he was given an opportunity to either file: (1) an amended civil complaint pursuant to 42 U.S.C. § 1983 or (2) a petition for relief under 28 U.S.C. § 2254.  The Plaintiff

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

filed both a proposed amended complaint under 42 U.S.C. § 1983 (Dkt. 10) and a petition for relief under 28 U.S.C. § 2254 (Dkt. 11).

The Report and Recommendation recommends dismissal of this case without prejudice, denial of all pending motions as moot, and that the Clerk of the Court be directed to open a new case pursuant to 28 U.S.C. § 2254 and docket the 28 U.S.C. § 2254 Petition (Dkt. 11) in that case. Dkt. 13. The Plaintiff filed an "Exception of Court Findings," in which he states that he "agrees with the Court finding and is ready to proceed on September 10, 2021." Dkt. 14.

The Report and Recommendation (Dkt. 13) should be adopted. The proposed amended complaint (Dkt. 10) should be dismissed without prejudice as a mixed petition. This case should be dismissed without prejudice. All pending motions should be denied as moot. The Clerk of the Court is directed to open a new case pursuant to 28 U.S.C. § 2254 and docket the Plaintiff's 28 U.S.C. § 2254 Petition (Dkt. 11) in that case. The Clerk of the Court is further directed to send the Plaintiff the IFP application that applies to habeas corpus petitions.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 13th day of September, 2021.

ROBERT J. BRYAN
United States District Judge